**Order entered February 14, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00613-CR

**LUIS ARMANDO TALABERA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82303-2021**

### ORDER

Before the Court is appellant's February 10, 2022 third motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief filed by March 14, 2022. We caution appellant that the failure to file a brief by that date may result in the Court abating the case for a hearing. TEX. R. APP. P. 38.8(b)(3).

/s/ ERIN A. NOWELL
JUSTICE